**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ERIC G. SMITH, | § | |
| | § | |
| Appellant, | § | Civil Action No. C-07-123 |
| | § | (Lead Case) |
| v. | § | |
| | § | |
| AET INC., LIMITED, | § | |
| | § | |
| Appellee. | § | |

| | | |
|---|---|---|
| ERIC G. SMITH, et al., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. C-07-124 |
| PADRE ISLES PROPERTY OWNERS | § | (Member Case) |
| ASSOCIATION, INC., et al., | § | |
| | § | |
| Appellees. | § | |

| | | |
|---|---|---|
| ERIC G. SMITH, et al., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | Civil Action No. C-07-126 |
| | § | (Member Case) |
| MICHAEL B. SCHMIDT, TRUSTEE, | § | |
| | § | |
| Appellee. | § | |

**ORDER RE: PAYMENT OF FILING FEES**

This is a consolidated action involving three separate bankruptcy appeals. Appellants Eric G. Smith and Janet D. Smith filed two separate appeals of orders entered by the Bankruptcy Court in Bankruptcy Case No. 05-21079-C-7, In re Eric G. and Janet D. Smith. These appeals were docketed in this Court as Case Nos. 07-124 and 07-126. Appellant Eric G. Smith also filed an appeal of

an order of the Bankruptcy Court entered in Adversary Proceeding No. 06-02059, <u>American Eagle Tankers Inc. v. Eric Gene Smith</u>. That appeal was docketed in this Court as Case No. 07-123. On April 20, 2007, pursuant to Federal Rule of Civil Procedure 42(a), this Court consolidated the three appeals, with Case No. 07-123 as the lead case and Case Nos. 07-124 and 07-126 as the member cases (Case No. 07-123, D.E. 6).

These three bankruptcy appeals were all filed on March 15, 2007. However, to date, Appellants have not paid the filing fee for any of the above-referenced cases.

The Court hereby ORDERS that Appellants must pay the $255 filing fee for Case Nos. 07-123, 07-124 and 07-126 by Friday, May 25, 2007, at 3:00 p.m., or these three cases will be DISMISSED. The Court notes that even though this case is now proceeding as a consolidated action, Appellants must pay the $255 filing fee for each of the three bankruptcy appeals currently pending in the consolidated action before this Court (Case No. 07-123, Case No. 07-124 and Case No. 07-126).[1]

SIGNED and ENTERED this 16th day of May, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] This is a combined total of $765 in filing fees for the three separate bankruptcy appeal cases pending in this consolidated action.