**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ERIC G. SMITH, et al., | § | |
| | § | |
| Appellants, | § | |
| | § | |
| v. | § | Civil Action No. C-07-124 |
| | § | |
| PADRE ISLES PROPERTY OWNERS | § | |
| ASSOCIATION, INC., et al., | § | |
| | § | |
| Appellees. | § | |

**<u>FINAL JUDGMENT</u>**

In accordance with this Court's Order GRANTING AET, Limited, Inc.'s ("AET") motion to dismiss the above-styled bankruptcy appeal (Case No. 07-123, D.E. 17), the Court hereby enters final judgment DISMISSING the above-styled action in Case No. 07-124.

SIGNED and ENTERED this 7th day of June, 2007.

_____
Janis Graham Jack
United States District Judge